UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DYLAN JAMES DOWNEY,<br><br>Defendant. | CASE NO. MJ 16-097<br><br>DETENTION ORDER |

<u>Offense charged</u>:   Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:   March 11, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.  Defendant has a lengthy criminal record that includes convictions for assault, burglary, violation of a restraining order, theft, forgery, bail jumping, controlled substance violations, identity theft, and attempt to elude a police vehicle. He has multiple failures to appear

DETENTION ORDER
PAGE - 1

and noncompliance with supervision.

    2.    Defendant does not have a viable release address.

    3.    Defendant poses a risk of nonappearance based on the lack of suitable release address, a history of failing to appear, a history of failing to comply with court orders, a history of noncompliance on supervision, substance use history, mental health history, and outstanding misdemeanor warrants for failing to appear or pay fines.  Defendant poses a risk of danger based on his criminal history, substance use history, and nature of the instant charges.

    4.    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

/ / /

DETENTION ORDER
PAGE - 2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>11th</u> day of March, 2016.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE - 3