THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DYLAN JAMES DOWNEY,<br><br>Defendant. | CASE NO. CR16-0069-JCC<br><br>MINUTE ORDER CONTINUING TRIAL |

The Court has received Defendant's unopposed motion to continue trial (Dkt. No. 17) and speedy trial wavier (Dkt. No. 16). Based on the unopposed motion, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case.  18 U.S.C. § 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, a continuance is

necessary to allow the defendant the reasonable time for effective preparation of his defense.  18 U.S.C. § 3161(h)(7)(B)(iv).

Therefore, it is hereby ORDERED that the trial date in this matter is continued from May 16, 2016, to October 3, 2016. The resulting period of delay from May 16, 2016, to the new trial date of October 3, 2016 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

The pretrial motions deadline is extended to September 3, 2016.

DATED this 11th day of May 2016.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk